April 20, 2007

Mr. John W. Tunnell
Tunnell & Cox, L.L.P.
P.O. Box 414
Lufkin, TX 75902
Mr. Thomas W. Deaton
Deaton Law Firm
P.O. Box 1964
Lufkin, TX 75902

RE: Case Number: 05-0538
 Court of Appeals Number: 09-04-00508-CV
 Trial Court Number: 6970

Style: IN THE ESTATE OF MARVIN NASH, DECEASED

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinion and
judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Carol Anne Flores|
| | |
| |Ms. JoAnn Chastain |
| |Clerk |